AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Gary R. | Northern District of Florida | 04/26/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time recall) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

401 SE 1st Avenue
Suite 383
Gainesville
Florida, 32601

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Editor-Eleventh Circuit Representative | The Federal Courts Law Review |
| 2. | President and Board Member | Millhopper Forest Homeowners Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 04/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 04/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Gary R.** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 2. Fidelity Equity Dividend Income Fund | B | Dividend | | | Sold | 10/23/20 | K | C | |
| 3. Fidelity New Millenium Fund | A | Dividend | | | Sold | 10/23/20 | J | B | |
| 4. Fidelity Municipal Money Market Fund | A | Interest | | | Sold | 10/23/20 | J | A | |
| 5. Fidelity Mid Cap Fund | C | Dividend | | | Sold | 10/22/20 | L | E | |
| 6. Fidelity Int'l. Discovery Fund | A | Dividend | | | Sold | 10/22/20 | J | B | |
| 7. Fidelity Diversified Int'l. Fund | A | Dividend | | | Sold | 10/22/20 | K | D | |
| 8. Fidelity Disciplined Equity Fund | A | Dividend | | | Sold | 10/22/20 | K | D | |
| 9. Fidelity Stock Selector Fund | A | Dividend | | | Sold | 10/22/20 | K | D | |
| 10. Fidelity Magellan Fund | D | Dividend | | | Sold | 10/22/20 | L | E | |
| 11. Fidelity Puritan Fund | B | Dividend | L | T | | | | | |
| 12. Virtus Growth & Inc. Fund-A | A | Dividend | | | Sold<br>(part) | 10/22/20 | K | A | |
| 13. | | | | | Sold | 10/26/20 | J | A | |
| 14. Fidelity Independence Fund | C | Dividend | M | T | Sold<br>(part) | 10/26/20 | K | B | |
| 15. Fidelity Govt Cash Reserves | | None | | | Sold | 10/22/20 | J | | |
| 16. Vanguard Explorer Fund Admiral Shares | D | Dividend | M | T | Sold<br>(part) | 10/22/20 | K | D | |
| 17. Vanguard Dividend Growth Fund | B | Dividend | | | Sold | 10/22/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. Regions Bank Accounts | A | Interest | | | Closed | 10/20/20 | M | | |
| 19. AFMFX American Mutual | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 20. FIFRX Franklin Gowth | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 21. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 22. FGORX Franklin Gov't | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 23. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 24. FLRRX Franklin Low Duration | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 25. FRISX Franklin Rising Dividends | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 26. MFBKX MFS Corp Bond | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 27. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 28. MEIKX MFS Value | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 29. MRSKX MFS Research Int'l | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 30. JCBUX JP Morgan Bond | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 31. ISTB Ishares Bond Fund | A | Dividend | J | T | Buy | 11/11/20 | J | | |
| 32. VOO Vanguard S&P ETF | A | Dividend | J | T | Buy | 11/11/20 | J | | |
| 33. VOT Vangaurd Index Mid-CapGrowth ETF | A | Dividend | J | T | Buy | 11/13/20 | J | | |
| 34. DGRO iShares Core Dividend Growth ETF | A | Dividend | J | T | Buy | 10/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. IGFRX Invesco Int'l Growth | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 36. IJH iShares S&P Mid Cap ETF | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 37. HGIFX Hartford Core Equity | A | Dividend | K | T | Buy | 10/19/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 39. JHBSX John Hancock Bond | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 40. VUG Vanguard Index Growth ETF | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 42. VB Vanguard Small Cap ETF | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 44. FHYRX Franklin High Yield Tax Free<br>Income | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 45. BND Vanguard BD Market ETF | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 47. VEA Vanguard FTSE Developed Markets<br>ETF | A | Distribution | J | T | Buy | 10/26/20 | J | | |
| 48. Chase Bank Account | A | Interest | M | T | Open | 03/11/20 | M | | |
| 49. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 04/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary R. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544